RENEE POLLARD, by WILLIAM C. POLLARD, Her Guardian ad Litem, Appellant, *v.* BOARD OF EDUCATION, BARKER CENTRAL SCHOOL DISTRICT, Respondent.

Submitted July 14, 1954; decided July 14, 1954.

*James P. Degnan* for motion.

*Alpheus R. Phelps* opposed.

Motion granted.